IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAX MARGULIS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SURREY VACATION RESORTS, INC., d/b/a GRAND CROWNE RESORTS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) Case No. 4:14-cv-01131-JAR ) ) ) ) ) ) ) |

**EXHIBIT A**

## DEFENDANT SURREY VACATION RESORTS, INC. D/B/A GRAND CROWNE RESORTS' OFFER OF JUDGMENT TO PLAINTIFF MAX MARGULIS

Surrey Vacation Resorts, Inc., d/b/a Grand Crowne Resorts ("Surrey"), by and through its undersigned counsel, hereby offers to allow judgment to be entered against it in favor of Max Margulis ("Plaintiff") in the total sum of Fifteen Thousand Dollars ($15,000.00), inclusive of all costs accrued through the date of this offer, and with reasonable attorney's fees through the date of this offer to be determined by the Court in accordance with the law.

This offer is made pursuant to Fed. R. Civ. P. 68 and is not an admission by Surrey of guilt or liability or an acknowledgment by Surrey of the availability of an award of attorney's fees to Plaintiff. In accordance with Rule 68, if a total

1

judgment obtained by Plaintiff is not more favorable than the above-stated offer, Plaintiff must pay the costs incurred by Surrey after its making of this offer, which may include Surrey's attorney's fees.

This offer shall be deemed rejected unless accepted within fourteen (14) days of service as specified in Fed. R. Civ. P. 68.

Dated: April 14, 2015       By: _____
                            Joseph C. Sullivan
                            Georgia Bar No. 153098
                            *Admitted Pro Hac Vice*
                            Taylor English Duma LLP
                            1600 Parkwood Circle – Suite 400
                            Atlanta, Georgia 30339
                            (770) 434-6464
                            (770) 434-7376 (Facsimile)
                            jsullivan@taylorenglish.com

                            Daniel K Wooten, Esq, #48061MO
                            NEALE AND NEWMAN, LLP
                            1949 E. Sunshine
                            Suite 1-130
                            Springfield, MO 65808
                            (417) 882-9090
                            (417) 882-2529 (Facsimile)
                            dwooten@nnlaw.com

*Attorneys for Defendant,*
*Surrey Vacation Resorts, Inc.*
*d/b/a Grand Crowne Resorts*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 14th day of April, 2015, served a copy of the foregoing *DEFENDANT SURREY VACATION RESORTS, INC. D/B/A GRAND CROWNE RESORTS' OFFER OF JUDGMENT TO PLAINTIFF MAX MARGULIS* to the following attorneys of record by depositing a copy of same in the U.S. Mail with adequate postage thereon addressed as follows:

Cyrus Dashtaki, Esq.<br>
Dashtaki Law Firm, LLC<br>
5205 Hampton Avenue<br>
St. Louis, MO 63109

Dated: April 14, 2015      By: _____
Joseph C. Sullivan
Georgia Bar No. 153098
*Admitted Pro Hac Vice*

*Attorney for Defendant,*
*Surrey Vacation Resorts, Inc.*
*d/b/a Grand Crowne Resorts*