UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAX MARGULIS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:14-cv-01131 JAR ) |
| SURREY VACATION RESORTS, INC., d/b/a/ GRAND CROWNE RESORTS, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter came before the Court for hearing on November 9, 2016, on the motions to withdraw as attorneys of record for Defendant Surrey Vacation Resorts, Inc., d/b/a/ Grand Crowne Resorts ("Surrey"), filed by Daniel K. Wooten, Brian K. Asberry and the law firm of Neale & Newman, LLP (Doc. No. 77) and Joseph C. Sullivan and the law firm of Taylor English Duma LLP (Doc. No. 78). Counsel Daniel K. Wooten and Joseph C. Sullivan appeared and participated by telephone. Mr. C. J. Perme, who represented himself to be the Chief Executive Officer of Defendant Surrey, also appeared and participated by telephone. Cyrus C. Dashtaki, counsel for Plaintiff Max Margulis, appeared in person. Following a hearing on the record,

**IT IS HEREBY ORDERED** that the Motions to Withdraw filed by Daniel K. Wooten, Brian K. Asberry and the law firm of Neale & Newman, LLP [77] and Joseph C. Sullivan and the law firm of Taylor English Duma LLP [78] are **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Surrey Vacation Resorts, Inc., d/b/a/ Grand Crowne Resorts, is granted thirty (30) days, **up to and including December 9, 2016**, to retain alternate counsel. Failure to comply with this Order may result in the imposition of

- 2 -

sanctions against Surrey, including the striking of its pleadings and entry of a default judgment against it.

**IT IS FURTHER ORDERED** that the **November 14, 2016** deadline for discovery regarding Plaintiff's ability to serve as class representative and the **January 6, 2017** dispositive motion deadline (see Doc. No. 76) are **STAYED** pending further order of the Court.

**IT IS FINALLY ORDERED** that the Clerk of Court is directed to send a copy of this Order to Mr. C. J. Perme at 430C State Highway 165, Branson, Missouri 65616.

Dated this 10th day of November, 2016.

*John A. Ross*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**